UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA

Norfolk Division



| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No. 2:16cr31 |
| | ) | |
| v. | ) | 18 U.S.C. § 3146(a)(2) |
| | ) | Failure to Surrender for |
| FELTON LEROY SMITH, | ) | Service of Sentence |
| | ) | (Count One) |
| Defendant. | ) | |
| | ) | 18 U.S.C. § 1001(a)(2) |
| | ) | False Statement or Representation |
| | ) | (Count Two) |

SUPERSEDING INDICTMENT

MAY TERM - At Norfolk, Virginia

THE GRAND JURY CHARGES THAT:

COUNT ONE

On or about February 1, 2016, in the Eastern District of Virginia, defendant FELTON LEROY SMITH, having been released pursuant to chapter 207 of Title 18, United States Code, while awaiting surrender of service after conviction in the United States District Court of the Eastern District of Virginia for a violation of Title 18, United States Code, Section 157(3), a felony, in Case No. 2:15cr58, entitled *United States v. Felton Leroy Smith*, and having been directed by the court to surrender to the United States Marshals Service at the United States District Court for the Eastern District of Virginia, Norfolk Division, did knowingly and willfully fail to surrender for service of sentence as ordered by the court.

(In violation of Title 18, United States Code, Section 3146(a)(2).)

1

## COUNT TWO

On or about March 4, 2016, in the Eastern District of Virginia, in a matter within the jurisdiction of the executive branch of the Government of the United States, that is, the United States Marshal's Service, FELTON LEROY SMITH, the defendant, did knowingly and willfully make a materially false, fictitious and fraudulent statement and representation, in that:

1. A Deputy United States Marshal, at the request of the defendant, showed the defendant a warrant authorizing the arrest of Felton Leroy Smith.

2. The defendant stated to the Deputy United States Marshal that the name listed on the warrant, Felton Leroy Smith, was not his name.

3. The aforesaid statement was false, as the defendant well knew that in fact he was Felton Leroy Smith.

(In violation of Title 18, United States Code, Section 1001(a)(2).)

United States v. Felton Leroy Smith,
Criminal No. 2:16cr31

*Pursuant to the E-Government Act, the original of this page has been filed under seal in the Clerk's Office*

A TRUE BILL:

_Redacted_
FOREPERSON

DANA J. BOENTE
UNITED STATES ATTORNEY

By: _/s/ Stephen W. Haynie_
Stephen W. Haynie
Assistant United States Attorney
Attorney for the United States
United States Attorney's Office
101 West Main Street, Suite 8000
Norfolk, Virginia 23510
Office Number (757) 441-6331
Facsimile Number (757) 441-3205
E-Mail Address - steve.haynie@usdoj.gov